# EXHIBIT 5



| GRANTED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. |



**Victor I. Reyes**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| | |
|---|---|
| DISTRICT COURT, COUNTY OF PUEBLO, STATE OF COLORADO<br>320 W 10th Street<br>Pueblo, CO 81003<br>(719) 583-7000 | EFILED Document – District Court<br>2012CV626<br>CO Pueblo County District Court 10th JD<br>Filing Date: Oct 21 2012 09:47AM MDT<br>Filing ID: 47173350<br>Review Clerk: N/A<br>▲ COURT USE ONLY ▲ |
| PLAINTIFF: PROFESSIONAL BULL RIDERS, INC., a Colorado corporation,<br>v.<br>DEFENDANT: EXCLUSIVE GENETICS, L.P., a Texas limited partnership. | Case No.: 2012CV626<br><br>Division: C    Courtroom: |
| Applicant Attorney:<br>Juliet A. Cox, *pro hac vice* pending<br>KUTAK ROCK LLP<br>1010 Grand Blvd., Suite 500<br>Kansas City, MO 64106<br>Tel: (816) 960-0090<br>Fax: (816) 960-0041<br>juliet.cox@kutakrock.com<br><br>Sponsoring Attorney:<br>Neil L. Arney, #27860<br>KUTAK ROCK LLP<br>1801 California St., Suite 3100<br>Denver, CO 80202<br>Tel: (303) 297-2400<br>Fax: (303) 292-7799<br>neil.arney@kutakrock.com | |
| **OUT OF STATE COUNSEL'S VERIFIED MOTION REQUESTING PRO HAC VICE ADMISSION** | |

    Pursuant to C.R.C.P. 121 § 1-2, and Rule 221, Juliet A. Cox of the law firm of Kutak Rock LLP of Kansas City, Missouri moves for pro hac vice admission to practice before this Court in the above-captioned matter.

    AS GROUNDS FOR THIS MOTION, Juliet A. Cox states and shows the Court the following:

1. Under Rule 221, an attorney and counselor at law in good standing from any other jurisdiction in the United States may, in the discretion of a Colorado court of record, be permitted to participate before the Court in a trial, argument and

other proceeding in the particular case in which the attorney is employed, provided that a member in good standing of the Bar of the State of Colorado is associated in such cause at all stages of the case.

2. Juliet A. Cox of the law firm of Kutak Rock LLP is a member in good standing of the Bar in the State of Missouri (admitted in 1994). Juliet A. Cox is assigned attorney registration number 42566 in the State of Missouri.

3. Juliet A. Cox has also been admitted to practice in the following jurisdictions:

   a. State of Kansas (1995) (attorney registration number 17016);

   b. United States District Court, District of Kansas (1995);

   c. United States District Court, Western District of Missouri (1994)

   d. United States District Court, District of Colorado (2008);

   e. United States District Court, Central District of Illinois (2004);

   f. United States District Court, Western District of Michigan (2004);

   g. United States District Court, District of Nebraska (1995);

   h. United States Court of Appeals for the Eighth Circuit (1997);

   i. U.S. Court of Appeals for the Federal Circuit (2006).

4. Juliet A. Cox is in good standing in all Bars wherever admitted and no discipline or grievance proceedings have been filed or are pending.

5. Juliet A. Cox has been admitted pro hac vice in the following Colorado cases in the preceding five years: (1) 2011CV602, *American Bucking Bull, Inc. v. Exclusive Genetics, L.P.* filed in Pueblo County on September 16, 2011.

6. Juliet A. Cox acknowledges that she is subject to all applicable provisions of the Colorado Rules of Professional Conduct and the Colorado Rules of Civil Procedure and that he/she has read such rules.

7. Neil Arney, Colorado Bar Number 27860, is a member in good standing of the Bar of the State of Colorado.

8. Neil Arney will be present and participate in a meaningful and substantial manner throughout the proceedings and trial of this matter.

9. The following are parties to the proceeding and have been notified via U.S. Mail of this Verified Motion requesting pro hac vice admission: Exclusive Genetics, L.P. A copy of this Verified Motion will be served via U.S. Mail upon

Defendant through its CEO, Billy Jaynes, 9818 Johnson Road, Orchard, Texas 77464.

10. Juliet A. Cox has filed a copy of this motion with the Clerk of the Colorado Supreme Court at the Attorney Registration Office, 1560 Broadway, Suite 1810, Denver, Colorado 80202 and paid the required fee.

11. An affidavit setting forth Juliet A. Cox's qualifications and compliance is attached.

WHEREFORE, Out of State Counsel respectfully requests that the Court admit Juliet A. Cox pro hac vice, to practice before the Court in this case.

Respectfully submitted on the 18th day of October, 2012.

_____
Applicant Attorney
Juliet A. Cox, *pro hac vice* pending
KUTAK ROCK LLP
1010 Grand Blvd., Suite 500
Kansas City, MO 64106
Tel: (816) 960-0090
Fax: (816) 960-0041
juliet.cox@kutakrock.com

_____
Sponsoring Attorney
Neil L. Arney, #27860
KUTAK ROCK LLP
1801 California St., Suite 3100
Denver, CO 80202
Tel: (303) 297-2400
Fax: (303) 292-7799
neil.arney@kutakrock.com

4852-5256-1937.1

## VERIFICATION

Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission was sworn to or affirmed and signed by Neil Arney (#27860) this 18th day of October, 2012.

*Edna Slagle*
Notary Public

My commission expires:
7/14/16

## VERIFICATION

Out of State Counsel's Verified Motion Requesting Pro Hac Vice Admission was sworn to or affirmed and signed by Juliet A. Cox *(Pro Hac Vice pending)* this 18th day of October, 2012.

_____
Notary Public

My commission expires: 

LEEANN E. PARMENTER
My Commission Expires
October 25, 2015
Clay County
Commission #11329681

4852-5256-1937.1

| | |
|---|---|
| **This document constitutes a ruling of the court and should be treated as such.** | |
| Court: | CO Pueblo County District Court 10th JD |
| Judge: | Victor I Reyes |
| File & Serve Transaction ID: | 47137481 |
| Current Date: | Oct 21, 2012 |
| Case Number: | 2012CV626 |
| Case Name: | Professional Bull Riders, Inc. v. Exclusive Genetics, L.P. |
| Court Authorizer: | Reyes, Victor I |

/s/ Judge Reyes, Victor I